FILED
CLERK, U.S. DISTRICT COURT

OCT 2 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) MJ 13-2836
                          Plaintiff, ) ORDER OF DETENTION AFTER
                                   ) HEARING (Fed.R.Crim.P. 32.1(a)(6)
       v.                     ) Allegations of Violations of Probation/
                                   ) Supervised Release Conditions)
CEDRIC BINION )
                          Defendant. )

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) [X]  the appearance of defendant as required; and/or

    (B) [X]  the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct. Defendant has lengthy & serious criminal history._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions of release. Also, proffered bail resources are inadequate._

IT IS ORDERED that defendant be detained.

DATED: 10/25/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE